KUHN, J.,
concurring.
li Louisiana Revised Statutes 17:3972 A sets forth the legislative intent in enacting the “Charter School Demonstration Programs Law,” La. R.S. 17:3971 et seq. As set forth in Section 3972 A, it is the legislature’s stated purpose to authorize experimentation by parish school boards “by authorizing the creation of innovative kinds of independent public schools,” with the express intention that “the best interests of at-risk pupils shall be the overriding consideration in implementing the provisions of this Chapter.” With that interest in mind, I concur to point out that the provisions of La. R.S. 17:3983(A)(4)(d) do not provide a basis for terminating a valid contract, whose objective has been frustrated by one of the parties. To allow the St. Helena Parish School Board, a signatory to the Charter School Agreement, to engage in delay tactics and then find merit in their contention that the time limits of Section 3983(A)(4)(d) have not been met, would seriously undermine the legislature’s intent in enacting this Chapter for the purpose of providing alternative learning environments to benefit educators, students, and the public. The majority prop *227 erly rejects the Board’s arguments in this respect.